# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME | $116,774.61 |
| 2. 2015 | THE AUTHORS REGISTRY, INC; ROYALTY INCOME | $384.93 |
| 3. 2015 | PENGUIN RANDOM HOUSE LLC; NONEMPLOYEE COMPENSATION | $5,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | PENGUIN RANDOM HOUSE LLC; ROYALTY INCOME |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PRITZKER FOUNDATION | JANUARY 16-17, 2015 | NEW YORK, NY | PRITZKER PRIZE JURY MEETINGS | ROUND-TRIP TRAIN FARE, MEALS & LODGING |
| 2. | BLOOMBERG VIEW | MARCH 12, 2015 | NEW YORK, NY | BLOOMBERG VIEW INTERVIEW | ONE-WAY AIRFARE, RETURN TRAIN FARE |
| 3. | UNIVERSITY CLUB | MARCH 12, 2015 | NEW YORK, NY | LUNCHEON SPEAKER | LODGING |
| 4. | MARSHALL AID COMMEMORATION COMMISSION | APRIL 3-8, 2015 | LONDON, UNITED KINGDOM | 60TH ANNIVERSARY MARSHALL ALUMNI LECTURE | ONE-WAY AIRFARE |
| 5. | CONSEIL D'ETAT | APRIL 9-16, 2015 | PARIS, FRANCE | PARTICIPANT IN A CONFERENCE | ONE-WAY (RETURN) AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | PRITZKER FOUNDATION | MAY 14-16, 2015 | MIAMI, FL | PRITZKER CEREMONY | ROUND-TRIP AIRFARE, LODGING |
| 7. | MASSACHUSETTS HISTORICAL SOCIETY | MAY 28, 2015 | BOSTON, MA | LECTURE | ROUND-TRIP AIRFARE |
| 8. | DANA-FARBER CANCER INSTITUTE | JUNE 4, 2015 | BOSTON, MA | ANNUAL DINNER | ROUND-TRIP AIRFARE |
| 9. | MAGNA CARTA TRUST | JULY 28-31, 2015 | LONDON, UNITED KINGDOM | MAGNA CARTA MOCK TRIAL | ROUND-TRIP AIRFARE, LODGING |
| 10. | AMERICAN COLLEGE FOR TRIAL LAWYERS LEGAL EXCHANGE | SEPTEMBER 7-10, 2015 | LONDON, UNITED KINGDOM | ACTL EVENT | ROUND-TRIP AIRFARE (SELF & SPOUSE) |
| 11. | KNOPF | SEPTEMBER 16, 2015 | NEW YORK, NY | BOOK EVENT | ONE-WAY AIRFARE |
| 12. | YALE LAW SCHOOL | SEPTEMBER 18-19, 2015 | NEW HAVEN, CT | YALE GLOBAL SYMPOSIUM | LODGING, MEALS |
| 13. | HUNTINGTON LIBRARY, LA | SEPTEMBER 21-25, 2015 | LOS ANGELES & SAN MARINO, CA | SPEAKING AT WALLIS THEATER (LA) AND HUNTINGTON LIBRARY BOOK EVENT | ROUND-TRIP AIRFARE; LODGING |
| 14. | SF ARTS & LEISURE | SEPTEMBER 25, 2015 | SAN FRANCISCO, CA | BOOK EVENT | ROUND-TRIP AIRFARE FOR SPOUSE |
| 15. | ODILE JACOB FRENCH PUBLISHER | OCTOBER 16-24, 2015 | PARIS, FRANCE | BOOK EVENT - VARIOUS SPEAKING EVENTS | ROUND-TRIP AIRFARE |
| 16. | KENNEDY FOUNDATION | NOVEMBER 19, 2015 | WASHINGTON, DC | BOOK EVENT | ONE-WAY AIRFARE |
| 17. | PILGRIMS CLUB, NYC | NOVEMBER 20, 2015 | NEW YORK, NY | BOOK EVENT | ONE-WAY TRAIN FARE |
| 18. | FOREIGN POLICY ASSOCIATION | DECEMBER 16, 2015 | NEW YORK, NY | BOOK EVENT | ONE-WAY TRAIN FARE |
| 19. | COUNCIL ON FOREIGN RELATIONS | DECEMBER 17, 2015 | NEW YORK, NY | BOOK EVENT | ONE-WAY TRAIN FARE |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT: | | | | | | | | | |
| 2. DEAWM (FKA DWS) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 3. DEAWM (FKA DWS) LARGE CAPITAL VALUE FUND | D | Dividend | L | T | | | | | |
| 4. OTHER HOLDINGS: | | | | | | | | | |
| 5. DEAWM (FKA DWS) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 6. BANK OF AMERICA - CHECKING | A | Interest | M | T | | | | | |
| 7. TIAA/CREF: | | | | | | | | | |
| 8. TIAA/CREF - TIAA TRADITIONAL | E | Int./Div. | O | T | | | | | |
| 9. TIAA/CREF - TIAA REAL ESTATE | A | Int./Div. | M | T | | | | | |
| 10. TIAA/CREF - CREF BOND MARKET R3 | A | Int./Div. | M | T | | | | | |
| 11. TIAA/CREF - CREF STOCK R3 | A | Int./Div. | P1 | T | | | | | |
| 12. TIAA/CREF - CREF INF-LINKED BOND R3 | A | Int./Div. | N | T | | | | | |
| 13. TIAA/CREF - CREF STOCK R1 | A | Int./Div. | L | T | | | | | |
| 14. TRUST: | | | | | | | | | |
| 15. TAI SHAN FUND | D | Int./Div. | M | T | | | | | |
| 16. VANGUARD WINDSOR FUND (FKA WINDSOR FUND) | C | Dividend | L | T | | | | | |
| 17. AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | | | Sold | 03/19/15 | M | G | |
| 19. CINTAS CORP. COMMON STOCK | B | Dividend | L | T | Sold (part) | 03/06/15 | K | E | |
| 20. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 21. VANGUARD 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 22. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | T | | | | | |
| 23. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | T | | | | | |
| 24. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | | | Sold | 10/26/15 | K | A | |
| 25. ISHARES MSCI EAFE INDEX FD | A | Dividend | | | Sold | 10/26/15 | K | A | |
| 26. VANGUARD DIVIDEND GROWTH FUND -IV | D | Dividend | M | T | | | | | |
| 27. VANGUARD MID-CAP INDEX FUND -A | B | Dividend | L | T | | | | | |
| 28. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 29. ROYCE LOW-PRICED STOCK SERVICE FUND | C | Dividend | K | T | | | | | |
| 30. OAKMARK INTERNATIONAL FUND - I | C | Dividend | L | T | | | | | |
| 31. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | K | T | | | | | |
| 32. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | | | Distributed | 03/11/15 | J | | |
| 33. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | | | Distributed | 03/11/15 | J | | |
| 34. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | | | Distributed | 03/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | | | | | |
| 36.   FIDELITY MA MUNICIPAL INCOME | B | Dividend | K | T | Buy (add'l) | 03/09/15 | K | | |
| 37. | | | | | Sold (part) | 10/23/15 | J | A | |
| 38. | | | | | Sold (part) | 10/26/15 | J | A | |
| 39.   CDK GLOBAL HOLDINGS LLC | A | Dividend | | | Sold | 03/06/15 | K | E | |
| 40.   US TREASURY NOTES 1.875% 8/31/17 | A | Interest | M | T | Buy | 03/11/15 | K | | |
| 41. | | | | | Buy (add'l) | 04/13/15 | L | | |
| 42.   US TREASURY NOTES 1.750% 5/31/16 | A | Interest | M | T | Buy | 03/11/15 | L | | |
| 43. | | | | | Buy (add'l) | 04/13/15 | L | | |
| 44.   FASTENAL CO. | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 45.   US TREASURY NOTES 1.375% 6/30/18 | A | Interest | L | T | Buy | 10/29/15 | L | | |
| 46.   OTHER ASSETS: | | | | | | | | | |
| 47.   TIAA/CREF RETIREMENT ACCOUNTS: | | | | | | | | | |
| 48.   TIAA/CREF - TIAA TRADITIONAL | C | Int./Div. | L | T | | | | | |
| 49.   TIAA/CREF - CREF STOCK R2 | A | Int./Div. | L | T | | | | | |
| 50.   SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | J | T | | | | | |
| 51.   PEARSON PLC ORD. STOCK | E | Dividend | O | T | Distributed (part) | 05/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | N | W | | | | | |
| 53. TOTAL SA SPONSORED ADR | B | Dividend | K | T | | | | | |
| 54. LAND IN CONCORD, MA | | None | L | W | | | | | |
| 55. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 56. IBM - COMMON STOCK | B | Dividend | K | T | Sold (part) | 01/06/15 | K | D | |
| 57. LOWES COMPANIES INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 58. PACCAR INC - COMMON STOCK | C | Dividend | L | T | Sold (part) | 01/06/15 | K | E | |
| 59. UNITED TECHNOLOGIES CORP - COMMON STOCK | C | Dividend | M | T | | | | | |
| 60. CISCO SYSTEMS INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 61. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | K | T | Sold (part) | 01/06/15 | K | E | |
| 62. | | | | | Sold (part) | 04/06/15 | K | E | |
| 63. | | | | | Sold (part) | 06/03/15 | K | E | |
| 64. SSGA MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 65. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | | | Sold (part) | 07/20/15 | J | A | |
| 66. | | | | | Sold | 11/17/15 | J | B | |
| 67. BHP BILTON LTD | C | Dividend | | | Sold | 09/01/15 | K | C | |
| 68. LEXINGTON MA GO 4% 2/15/21 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EMC CORP MASS - COMMON STOCK | B | Dividend | L | T | | | | | |
| 70. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | | | Sold | 10/15/15 | K | D | |
| 71. STANCROFT TRUST LIMITED | E | Dividend | O | W | | | | | |
| 72. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 73. EATON VANCE MULTI-CAP GROWTH FUND -A | | None | | | Merged (with line 74) | 03/18/15 | L | | |
| 74. EATON VANCE LARGE CAP GROWTH FUND - I | E | Dividend | N | T | | | | | |
| 75. EATON VANCE LARGE CAP VALUE FUND - I | E | Dividend | N | T | | | | | |
| 76. EATON VANCE TAX M S/C | C | Dividend | L | T | | | | | |
| 77. PARAMETRIC EMERGING MKTS (FKA EATON VANCE STRUCTURED EMERGING MKTS-I) | A | Dividend | | | Sold | 11/17/15 | J | A | |
| 78. EATON VANCE ATLANTA SM CP-I | C | Dividend | L | T | | | | | |
| 79. SOUTH32-ADR | | None | | | Spinoff (from line 67) | 05/29/15 | J | | |
| 80. | | | | | Sold | 07/20/15 | J | A | |
| 81. DFCI RETIREMENT PLAN (FIDELITY INVESTMENTS) - NO CONTROL | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

CITRIN COOPERMAN & COMPANY, LLP
529 FIFTH AVENUE
NEW YORK, NEW YORK 10017

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/03/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544